**Wayne Anthony WILLIAMS, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; George T. Solomon; Patsy Chavis, Defendants–Appellees.**

No. 14–6257.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2014.

Decided: May 29, 2014.

Wayne Anthony Williams–El, Appellant Pro Se.

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Anthony Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. N.C. Dep't of Pub. Safety*, No. 5:13–ct–03142–D (E.D.N.C. Jan. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*